UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:

William James Ross,

                                        Case No.: 10-35111-PGH

Debtor,                                  Chapter 7

_____

COMERICA BANK
Plaintiff,
vs.                                          Adv.Pro.No.: 10-03808

William James Ross,
Defendant
_____/

**ANSWER TO ADVERSARY COMPLAINT**

    COMES NOW the Defendant, William Ross, and answers:

1.  Paragraphs 1-24 of the complaint are admitted. Paragraphs 25-34 are denied.

**CERTIFICATE OF SERVICE**

    IT IS HEREBY CERTIFIED that a copy of the foregoing has been delivered to opposing counsel Feb. 2, 2011.

                                                  /s/  Sean Biggins
                                                  Attorney for Debtor
                                                  SEAN W. BIGGINS
                                                  1705 19th Pl, Suite A1
                                                  Vero Beach, FL  32960
                                                  (772) 567-5333  Fax:(772) 569-8358
                                                   FLB# 854514